UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFERY WILLIAM PAUL,                      )<br>                                                             )<br>                   Plaintiff,               )<br>    vs.                                     )    No. 2:10-cv-180-WTL-TAB<br>                                                             )<br>H.J. MARBERRY, Warden, et al.,           )<br>                                                             )<br>                   Defendants.          )  | |

**Entry and Order Directing Dismissal of Action**

The amended complaint, as was the original complaint, is subject to the screening requirement of 28 U.S.C. § 1915A(b). *Laumann v. Raemisch,* 2008 WL 2062264, at *1 (E.D.Wis. May 13, 2008); *Zimmerman v. Hoard,* 5 F.Supp.2d 633, 635 (N.D.Ind. 1998) ("Section 1915A also requires the court to screen proposed amended complaints submitted by prisoners."). The amended complaint fails to state a facially plausible claim against any of the many defendants, meaning that the amended complaint lacks factual content that allows the court to draw the reasonable inference that the defendants are liable for the misconduct alleged, *Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1949 (2009)).

In these circumstances, therefore, the dismissal of the action is mandatory, *Gladney v. Pendleton Corr. Facility,* 302 F.3d 773, 775 (7th Cir. 2002), and judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 08/13/2010

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana